

FILED28 JAN '14 13:55USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 3'14 - CR - 41,    MO |
| v. | |
| | INFORMATION |
| CODY C. BJUGAN, | 12 U.S.C. § 1956 |
| Defendant. | |

### THE UNITED STATES ATTORNEY CHARGES:

From on or about November 1, 2012, to on or about November 20, 2012, in Clackamas County, District of Oregon, the defendant, Cody C. Bjugan, did willfully violate Title 31, Code of Federal Regulations, Section 1010.314, by unlawfully and knowingly and for the purpose of evading the reporting requirements, of Title 31, Code of Federal Regulations, Section 1010.311, structuring, assisting in structuring, and attempting to structure transactions with Key Bank and Umpqua Bank, domestic financial institutions, all in violation of Title 12, United States Code, Section 1956.

Dated this 28 day of January 2014.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

KATHERINE C. LORENZ
Assistant United States Attorney